IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 15-80003-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff.

vs.

JERMAINE SHERROD WALKER,

    Defendant.
_____/

### DEFENDANT, JERMAINE WALKER'S MOTION FOR ORDER AUTHORIZING ADDITIONAL INVESTIGATIVE FEES ALREADY INCURRED IN THE AMOUNT OF $1,750.00 WITHOUT PRIOR AUTHORIZATION

COMES NOW the Defendant, JERMAINE WALKER, by and through his undersigned counsel, and respectfully moves this Honorable Court to authorize the payment of an additional $1,750.00 to Private Investigator Paris London for investigative fees and costs already incurred without prior authorization and states as follows:

1. On January 14, 2015, Defendant, Jermaine Walker, was arrested and Indicted in the above styled case for the offense of Count I: Conspiracy to Distribute and Possess with the intent to distribute heroin in violation of 21 U.S.C. § 846 and Count II: Possession with Intent to Distribute heroin in violation of 21 U.S.C. § 841. [DE 3].

2. The undersigned counsel was appointed to represent this Defendant on January 15, 2015 pursuant to the CJA, based upon a judicial finding of his inability to retain counsel. [DE 145].

3. Private Investigator Paris London was retained by counsel to assist in the preparation of this case for trial or plea. The government provided rather extensive discovery in this case. [DE 190]. This matter was resolved by plea on April 4, 2015 [DE 394], and sentencing is currently set for July 23, 2015 at 2:00 pm. [DE 396].

4. Throughout the pendency of this case Paris London has been conducting investigative activities, including, but not limited to, assisting in the review of discovery, meeting with counsel and client and assisting in the preparation of the defense, at this point, for sentencing purposes and doing all other things necessary as an investigator on this case.

5. Paris London had previously submitted his CJA 21 voucher for payment in the amount of $800.00 which is the maximum authorized without prior authorization from this Honorable Court.

6. That prior authorization for additional investigative services should have been timely procured, however, the undersigned attorney had begun preparing for beforehand and began a jury trial on March 23, 2015, to wit: United States v. Benoit Placide, Case Number: 14-80114-CR-DTKH, which lasted through April 8, 2015. Additionally, the undersigned attorney had previously filed a motion for additional time for the plea deadline [DE 298] in this matter which was granted on March 20, 2015. [DE 301 giving the Defendant until March 27, 2015 at 2:00 PM to announce his intention to plead. It was during this period of time that the undersigned was in trial and failed to file the motion pre authorizing the additional investigative fees. The private investigator is seeking investigative fees which took place during this period of time which was necessary in order for the Defendant to have reviewed all of the discovery materials and have gone over other issues in the case before making the decision to plea guilty. While the undersigned was preoccupied in trial and neglected to file the motion timely, the services of the private investigator greatly assisted counsel in this endeavor. Finally, the undersigned attorney spoke with Paris London who advised that there was a few days in the end of February and early March, 2015 where he did investigative work, but did not realize he had gone over the cap and failed to advise the undersigned of same.

7. While the proper procedure would have been to file the motion pre authorizing the funds to be used it was unfortunately overlooked and not filed based upon the reasons stated above.

WHEREFORE, the Defendant, respectfully requests that this Honorable Court enter an order authorizing additional investigative fees in the amount of $1,750.00 to Private Investigator Paris London that were already incurred without prior authorization.

>Respectfully submitted by,
>
>JONATHAN S. FRIEDMAN, P.A.
>ATTORNEY FOR JERMAINE WALKER
>ONE EAST BROWARD BLVD.
>SUITE 925 - WELLS FARGO BANK TOWER
>FORT LAUDERDALE, FLORIDA 33301
>TELEPHONE: (954) 713-2820
>FACSIMILE: (954) 713-2894
>
>/S/ Jonathan S. Friedman_____
>JONATHAN S. FRIEDMAN, ESQ.
>FLORIDA BAR NUMBER: 0973297

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2015, the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, United States Attorney's Office, and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

>/S/ Jonathan S. Friedman_____
>JONATHAN S. FRIEDMAN, ESQ.