UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80003-CR-DMM

UNITED STATES OF AMERICA,

vs.

LAKISHA LARUE WISE,

       Defendant.
_____/

**GOVERNMENT'S MOTION FOR SENTENCE REDUCTION
PURSUANT TO U.S.S.G § 5K1.1**

      The United States of America, through its undersigned Assistant United States Attorney, hereby moves this Honorable Court to determine whether the defendant's sentence should be reduced because the defendant has provided substantial assistance under U.S.S.G. § 5K1.1. The government states the following in support thereof:

      1.    The defendant pled guilty to Count 1 of the Indictment which charged her with conspiracy to possess with intent to distribute 1 kilogram or more of heroin, in violation of Title 21, United States Code, Section 846.

      2.    In the judgment of the United States, the defendant has provided substantial assistance in the successful prosecution of another individual, her co-defendants Gary MOORE and Reginald GRIMES. The government requests permission to provide additional information related to the assistance at a hearing on this motion.

**WHEREFORE**, the United States respectfully requests that this Honorable Court determine whether the defendant has provided substantial assistance to the Government.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:  s/ *Adam C. McMichael*
Adam C. McMichael
Assistant United States Attorney
Southern District of Florida
500 S. Australian Avenue
Suite 400
West Palm Beach, Florida 33401
TEL: (561) 209-1040
EMAIL: adam.mcmichael@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Adam C. McMichael*
Adam C. McMichael
Assistant United States Attorney

2